

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2016

No. 04-16-00417-CV

**IN THE INTEREST OF M.A.B., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504304
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

On September 27, 2016, this Court issued an order setting a deadline of October 14, 2016, to file the clerk's record. This Court has not received the clerk's record.

It is therefore ORDERED that the clerk's record must be filed in this court no later than seven days from the date of this order. **NO EXTENSIONS OF TIME TO FILE THE RECORD WILL BE ALLOWED**.

If the clerk's record is not received within seven days of the date of this order, an order may be issued directing the court clerk to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned. *See* TEX. R. APP. P. 35.3(a), (c), 37.3(a).

The clerk of this court shall cause a copy of this order to be served on the court clerk by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

We also ORDER the Clerk of this Court to mail a copy of this order to the trial judge. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.").

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2016.

_____
Keith E. Hottle
Clerk of Court